IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : MISCELLANEOUS
:
JOHN J. KORESKO, V. : NO. 13-mc-0294

**ORDER**

**AND NOW**, this 17th day of June, 2014, it appearing that on December 19, 2013, respondent was placed on temporary suspension until further definitive action by the Supreme Court of Pennsylvania, and

it further appearing that on January 6, 2014, this court Ordered respondent to inform this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of discipline by this court would be unwarranted and the reasons therefore, and

it further appearing that on February 7, 2014, respondent responded to this Court's Order of January 6, 2014,

it further appearing that the aforesaid petition was referred to a committee of this court, composed of Judge John R. Padova, Judge Legrome D. Davis, and Judge Juan R. Sánchez, for the purposes of making a Report and Recommendation to the court as to whether discipline should be imposed upon respondent, and if so, to what degree, and

it further appearing that on April 23, 2014, the aforesaid committee of this court issued a Report and Recommendation, which recommended that John J. Koresko, V, be placed on temporary suspension of Koresko's admission to practice law in this Court, effective immediately, pending further definitive disciplinary action by the Supreme Court of Pennsylvania, and

FILED
JUN 19 2014
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

copies mailed to:
J. Koresko.
R. Mariani
6·19·14

it further appearing that after careful consideration by the court on June 10, 2014, this court overruled respondent's objections and adopted the Report and Recommendation of the aforesaid committee, it is hereby

**ORDERED** that respondent is placed on temporary suspension, effective immediately, pending further definitive disciplinary action by the Supreme Court of Pennsylvania.

BY THE COURT:

**PETRESE B. TUCKER**
**Chief Judge**